**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| MICHAEL J. PENDLETON, | : | No. 106 WM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2019, the "Request for Exercise of King's Bench Jurisdiction and/or Extraordinary Jurisdiction," the Application for an Immediate Hearing, and the "Request for Leave to File a Post Submission Letter" are DENIED.